In the Matter of the Estate of JOHN J. BANNAN, Deceased.

Surrogate's Court, New York County, April 28, 1933.

*Laughlin, Gerard, Bowers & Halpin* [*Spotswood D. Bowers* and *Stewart W. Bowers* of counsel], for the petitioners.

*Krause, Hirsch & Levin,* for the trustee.

*Gillespie & O'Connor,* for the trustees of St. Patrick's Cathedral.

*Stephen J. Madigan,* for the Church of St. Francis of Assisi.

*Thomas J. Meehan* [*Arthur D. Herrick* of counsel], for the creditor Charles E. Cathie.

*John J. Barrett, Jr.,* for the Society for Propagation of the Faith.

*Rorke & Kane,* for the Little Sisters of the Assumption.

*Joseph H. Hayes,* for Cyril S. Treacy and others.

DELEHANTY, S. By the first and second paragraphs of his codicil testator bequeathed the sum of $5,000 to each of five " Second Cousins," naming them. By paragraph third of the codicil he bequeathed the sum of $500 to " every other Second Cousin " surviving him. No second cousins in fact survived testator but only first cousins once removed. The named individuals described as " second cousins " are in the latter category. (*People* v. *Clark,* 62 Hun, 84.) Decedent clearly intended by the words " second cousins " as used in his codicil to define first cousins once removed. The Century Dictionary sustains him in this usage of words. It says " Often, however, the term second cousins is loosely applied to the son or daughter of a cousin german, more properly called a first cousin once removed." It follows that the gifts of $500 under paragraph third of the codicil are effective in favor of each person (other than those named in paragraphs first and second) standing in the relationship to the deceased of first cousin once removed.

The objection to the account having been disposed of by stipulation, a decree may be submitted construing the will and settling the account accordingly.